# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOVANNI ABREU,<br><br>          Petitioner,<br><br>     v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>          Respondent. | Case No. CV 18-2508-JLS (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Vacate is granted and Judgment will be entered denying the Petition and this action without prejudice.

DATED: February 7, 2019

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE